**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1649**

MELVIN MARINKOVIC,

   Plaintiff - Appellant,

  v.

FALCK EMS HOLDINGS, INC.; FALCK A/S, a/k/a The Falck Group, as Alter Ego of Falck EMS, Jointly and Severally; THE LUNDECK FOUNDATION, as Alter Ego of Falck A/S,

   Defendants - Appellees,

  and

LAYLA VASQUEZ; RYAN WATKINS; JOHN OLIVIERA; DIANA ROSEMOND; MIKE HUNTEMANN; ALLAN LARSEN; MORTON PEDERSON; KIRKBI, as Alter Ego of Falck A/S; MEDSTAR HEALTH,

   Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:14-cv-03069-GLR)

Submitted: February 22, 2018      Decided: March 1, 2018

Before MOTZ, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin Marinkovic, Appellant Pro Se. Larry Robert Seegull, JACKSON LEWIS PC, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Marinkovic appeals the district court's order dismissing without prejudice his second amended civil complaint for failure to complete Marshal forms and summonses with correct information to effect service, and a subsequent order denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Marinkovic v. Falck EMS Holdings, Inc.*, No. 1:14-cv-03069-GLR (D. Md. Sept. 29, 2016; May 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
